# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| KAREN KUN, | * | |
| | * | No. 24-1718V |
| Petitioner, | * | Special Master Christian J. Moran |
| | * | |
| v. | * | |
| | * | Filed: August 8, 2025 |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

<u>LeeAnne Pedrick</u>, Mctlaw, Washington, DC, for Petitioner;
<u>Madylan Louise Yarc</u>, United States Department of Justice, Washington, DC, for Respondent.

**RULING ON ENTITLEMENT**[1]

On October 22, 2024, petitioner Karen Kun filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to -34 et seq. (2012). Petitioner alleged that an influenza vaccine administered to her on October 21, 2021, caused Guillain-Barré syndrome ("GBS"). Pet. at 1, 4.

On August 7, 2025, respondent filed his Rule 4(c) Report, conceding that petitioner is entitled to compensation in this case. Resp't's Rep. at 1. Specifically, respondent states:

> It is respondent's position that petitioner has satisfied the criteria set forth in the Vaccine Injury Table ("Table") and the Qualifications and Aids to Interpretation for GBS following the intramuscular administration of a seasonal flu vaccination.
>
> With respect to the other statutory and jurisdictional issues, the records show that the case was timely filed, that the vaccine was received in the United Staes, and that petitioner satisfies the statutory severity requirement by suffering the residual effects or complications of her injury for more than six months after vaccine administration. Petitioner also avers that neither she nor any other party has ever filed any action for petitioner's vaccine-related injury, nor has

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Ruling will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

> she or any other party received compensation in the form of an award or settlement for her vaccine-related injury. Thus, in light of the information contained in petitioner's medical records, petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act.

Id. at 10 (citations omitted). Respondent also notes that the scope of damages to be awarded should be limited to petitioner's GBS and related sequelae only. Id.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation for Guillain-Barré syndrome.**

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master